**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Gerald Thompson,** | : | Case No.  2:20-cv-3067 |
| **Plaintiff,** | | |
| | | **Judge Sarah D. Morrison** |
| **v.** | | **Magistrate Judge Chelsey M. Vascura** |
| **Travis Tackett,** | : | |
| **Defendant.** | | |

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on June 29, 2020. (ECF No. 3.) The time for filing objections has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **ORDERS** that Plaintiff pay the full $400 filing fee within thirty days should he wish to proceed with his claims. Failure to pay the full fee within thirty days will result in the dismissal of this action. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this order would not be taken in good faith.

**IT IS SO ORDERED**.

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**